**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

MALISA ELIZABETH JENNRICH,

                          Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES
LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION, LLC;
CREDIT ONE BANK, N.A., and SYNOVUS
BANK,

                          Defendants.

Case No. 3:25-cv-00905-jdp
District Judge James D. Peterson
Magistrate Judge Anita Marie
Boor

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff Malisa Elizabeth Jennrich and Defendants Equifax Information Services LLC; Trans Union, LLC; Credit One Bank, N.A.; and Synovus Bank (all collectively, "Defendants")[1], (Plaintiff and Defendants may be referred to individually as a "Party" and collectively as the "Parties") by and through their undersigned counsel and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, respectfully request that the Court enter the attached Stipulated Protective Order. The Parties believe that the entry of the attached Stipulated Protective Order will facilitate discovery and help protect against the unnecessary disclosure of confidential materials. Therefore, good cause exists for the Order.

WHEREFORE, the Parties request that the Court enter the attached Stipulated Protective Order.

---

[1] Plaintiff has settled her claims against Defendant Experian Information Solutions, Inc., only. On May 19, 2026, Experian was dismissed from this action with prejudice. *See* Text Only Order (Doc. No. 52).

1

Respectfully and jointly submitted,

Dated: July 6, 2026

By: */s/ Hans W. Lodge*
Hans W. Lodge, WI Bar No. 1096313
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 607-7794
Fax: (612) 584-4470
Email: hlodge@bergermontague.com

*Counsel for Plaintiff*
*Malisa Elizabeth Jennrich*

Dated: July 6, 2026

By: */s/ Jennifer R. Brooks*
Jennifer R. Brooks
**SEYFARTH SHAW LLP**
2323 Ross Avenue, Suite 1660
Dallas, Texas  75201
Telephone:  (469) 608-6730
Email: jrbrooks@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

Dated: July 6, 2026

By: */s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.
Scott E. Brady, Esq.
William M. Huse, Esq.
**QUILLING,   SELANDER,   LOWNDS,
WINSLETT & MOSER, P.C.**
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600
Ext. 601, 602 & 603
Fax: (317) 899-9348
Email: cnicodemus@qslwm.com
Email: sbrady@qslwm.com
Email: whuse@qslwm.com

Justin T. Walton, IN Bar No. 29540-49
555 W. Adams Street
Chicago, IL  60661
Telephone:  317-902-9640

2

E-Mail:  justin.walton@transunion.com

*Counsel for Defendant*
*Trans Union, LLC*

Dated: July 6, 2026

By: */s/ Jacob V. Bradley*
Jacob V. Bradley, IN Bar No. 27750-49
**QUARLES & BRADY LLP**
135 N. Pennsylvania Street, Suite 2400
Indianapolis, IN 46204
Telephone: (317) 957-5000
Fax: (317) 957-5010
Email: Jacob.Bradley@quarles.com

Ellen Anderson
411 E. Wisconsin Ave., Suite 24
Milwaukee, WI 53202
Telephone: (414) 277-5000
Email: Ellen.Anderson@quarles.com

*Counsel for Defendant*
*Credit One Bank, N.A.*

Dated: July 6, 2026

By: */s/ Michael C. Barnhill*
Michael C. Barnhill (admitted pro hac vice)
**MICHAEL BEST & FRIEDRICH LLP**
650 S. Main Street, Ste. 500
Salt Lake City, UT 84101
Telephone: (385) 695-6450
Fax: (801) 931-2500
Email: mcbarnhill@michaelbest.com

Adam J. Lowe, #1112799
**MICHAEL BEST & FRIEDRICH LLP**
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: (414) 271-6560
Fax: (414) 277-0656
Email: ajlowe@michaelbest.com

*Counsel for Defendant*
*Synovus Bank*

3

## CERTIFICATE OF SERVICE

I, Hans W. Lodge, hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF systems, which will automatically send notification of such filing to all counsel of record.


*/s/ Hans W. Lodge*
Hans W. Lodge